974

No. 77–6126. CROCKER *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 77–6131. MUNCASTER *v.* GRIFFIN. C. A. 5th Cir. Certiorari denied.

No. 77–6137. GILLEN *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 77–6140. COOKE *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 77–6157. PHILLIPS *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 77–6161. MIZE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 77–6167. MORGAN *v.* UNITED STATES; and
No. 77–6178. GARRETT *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 77–6184. WRIGHT *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 77–6201. POPE *v.* OHIO. Ct. App. Ohio, Cuyahoga County. Certiorari denied.

No. 77–6209. VON DER LINDEN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 77–6212. HOPPE *v.* WISCONSIN. C. A. 7th Cir. Certiorari denied.

No. 77–6229. ANDERSON *v.* LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 77–6230. RIDDELL *v.* WASHINGTON. Sup. Ct. Wash. Certiorari denied.

No. 77–6237. BLITZ *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied.